13 So.2d 899

**Union LAWRENCE v. STATE.**

**5 Div. 174.**

Court of Appeals of Alabama.
April 13, 1943.

J. B. Atkinson, of Clanton, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

13 So.2d 899

**Union LAWRENCE v. STATE.**

**5 Div. 175.**

Court of Appeals of Alabama.
April 13, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

13 So.2d 899

**Union LAWRENCE v. STATE.**

**5 Div. 176.**

Court of Appeals of Alabama.
April 13, 1943.

J. B. Atkinson, of Clanton, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

14 So.2d 914

**Leamon V. LEMLEY v. STATE.**

**8 Div. 332.**

Court of Appeals of Alabama.
May 25, 1943.

Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

18 So.2d 882

**John T. LISTER v. STATE.**

**6 Div. 75.**

Court of Appeals of Alabama.
May 23, 1944.

Harold Price, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

17 So.2d 187

**J. B. LOCKE v. STATE.**

**2 Div. 717.**

Court of Appeals of Alabama.
Nov. 16, 1943.

Rehearing Stricken Jan. 11, 1944.

Wm. L. Hogue, of Birmingham, for appellant.
Wm. N. McQueen, Acting Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.